1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6  SAN JOSE DIVISION
7
8  SCOTT JOHNSON,
    Plaintiff,
   v.
   SUI PING KWONG MOCK,
    Defendant.

Case No.19-cv-00200-VKD

**ORDER DIRECTING PARTIES TO SHOW CAUSE RE DISMISSAL**

Plaintiff Scott Johnson filed the present action on January 11, 2019. Dkt. No. 1. The Court previously granted a stipulated request to extend the deadline for conducting a joint site inspection from April 26, 2019 to June 7, 2019. Dkt. No. 16. Mr. Johnson's last day to file a notice of need for mediation was June 21, 2019. *Id*. Mr. Johnson did not file a notice of need for mediation. Additionally, on April 9, 2019 defendant Sui Ping Kwong Mock filed cross-claims against Mui Si San, doing business as Coffee Lovers and T Coffee Lovers. Dkt. No. 12. However, there is no indication on the docket that Mui Si San has been served.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). The parties are directed to file a written response to this order by July 5, 2019 and to appear before the Court on July 9, 2019 at 10:00 a.m. in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action, including all cross-claims,

should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 27, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge