UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br> v.<br><br>SUI PING KWONG MOCK,<br><br>   Defendant. | Case No.19-cv-00200-VKD<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE RE SANCTIONS** |

On June 27, 2019, the Court issued an order directing the parties to show cause why this action, including all cross-claims, should not be dismissed. Dkt. No. 19. That order is hereby discharged as to plaintiff Scott Johnson.

However, defendant Sui Ping Kwong Mock did not file a written response to the June 27, 2019 order and did not appear at the July 9, 2019 show cause hearing, as ordered. Accordingly, defense counsel, Judy Tsai, shall appear before the Court on July 23, 2019, 10:00 a.m., Courtroom 2, Fifth Floor, United States District Court, 280 South First Street, San Jose, California, and show cause why she, or her client (or both) should not be sanctioned for failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: July 9, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge