UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>SUI PING KWONG MOCK,<br><br>        Defendant. | Case No. 19-cv-00200-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 55 |

Plaintiff having filed a Notice of Settlement (Dkt. No. 55), the Court orders as follows:

On or before **February 14, 2020**, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41(a)(1). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendant answered the complaint and filed cross-claims (Dkt. Nos. 10, 12), plaintiff may not voluntarily dismiss this case absent a stipulation also signed by all parties who have appeared in this action or an order from the Court.[1]

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, California on **February 25, 2020**, **10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **February 18, 2020** advising as to (1) the status of their

---

[1] Defendant Mock having failed to file a statement in response to the Court's December 16, 2019 order (Dkt. No. 56), the Court assumes that all cross-claims have also been settled.

activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: January 2, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge